1

2

3   FILED
CLERK, U.S. DISTRICT COURT

JUN 11 2015

4

5   CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

6

7

8   UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.: *ED15-227M*
                                      )
12                Plaintiff,          )   ORDER OF DETENTION PENDING
                                      )   FURTHER REVOCATION
13        v.                          )   PROCEEDINGS
                                      )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   *Kelly A. Irby*,                 )   U.S.C. § 3143(a)(1))
                                      )
15                Defendant.          )

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the _____ District of

18   *Kansas*    for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)   information in the Pretrial Services Report and Recommendation

26              (X)   information in the violation petition and report(s)

27              (X)   the defendant's nonobjection to detention at this time

28              ( )   other: _____

1

1      and/ or

2   B. (X)    The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the

4      safety of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c).  This finding is based on the following:

6      (X)    information in the Pretrial Services Report and Recommendation

7      (X)    information in the violation petition and report(s)

8      (X)    the defendant's nonobjection to detention at this time

9      ( )    other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: June 11, 2015

15                   _____

                       SHERI PYM
                   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28